# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

132292-3

SUPER MART INC., d/b/a MOONEY OIL
COMPANY, BY LO OIL COMPANY, and
KH MATTIS, INC.,
        Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY and STATE
OF MICHIGAN TREASURER,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132292-3
COA: 265758-265759
Ingham CC: 04-000960-AW
Ct of Claims: 04-000099-MZ

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J., dissents and states as follows:

The Court of Appeals erred, in my judgment, in holding that plaintiffs lacked standing to challenge the regulatory fee at issue in this case. Plaintiffs are wholesale and retail sellers of petroleum products. Although MCL 324.21508(1) states that the fee is "imposed on all refined petroleum products sold for resale in this state," MCL 324.21508(2) states that the regulatory fee is "precollect[ed]" from refiners and importers of petroleum. By holding that plaintiffs lacked standing to contest this statute, the Court of Appeals treated the term "precollect" as the equivalent of "collect," thereby rendering the prefix "pre" surplusage. However, the term "precollect" indicates that plaintiffs had a legitimate right to challenge the regulatory fee imposed on refiners and importers. I would remand this case to the Court of Appeals for consideration of plaintiff's constitutional arguments.

CORRIGAN, J., joins the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

s0410

Clerk